425 A.2d 837

Commonwealth v. Johnson, Appellant.

Submitted November 16, 1979. John H. Corbett, Jr., for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Judgment of sentence affirmed.

425 A.2d 837

Commonwealth v. Lasch, Sr., Appellant.

Argued November 15, 1979. David A. Murdoch, for appellant; David B. Douds, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Judgment of sentence affirmed.